Probation Form No. 35  (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.   Crim. No. 4:01CR00106-01 GH

ROBBY EARL CHISM

     On March 12, 2002, the above-named defendant was sentenced for the offense of 18 U.S.C. § 922(a)(6), false statement in acquisition of a firearm to a prison term of 24 months, with a three-year term of supervised release to follow. In addition, the following special conditions were ordered: substance abuse treatment, mental health treatment, and a $100 special penalty assessment.

Upon release from prison the defendant began supervision on August 19, 2003. Substance abuse treatment was successfully completed on December 1, 2003. Mental health treatment was completed on November 21, 2003. Mr. Chism has maintained employment and a stable residence for 30 months. He has not had any violations and has been compliant with all conditions imposed. Mr. Chism has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Chism meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U. S. C. § 3583 (e)(1); additionally, he has completed two years and six months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

                                              Respectfully submitted,

                                              Audrene Ellis
                                              U.S. Probation Officer

Agree: _____
        Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __1__ day of __March__, __2006__.

_____
Honorable George Howard Jr.
U.S. District Judge